SOUTH SHORE FEDERAL SAVINGS AND LOAN ASSOCIATION, Appellant,

v MIKARP REALTY CORP., et al., Respondents.—Order of the Supreme Court, Suffolk County, dated February 24, 1978, affirmed, without costs or disbursements, on the opinion of Mr. Justice Orgera at Special Term. Cohalan, J. P., Margett, Hawkins and O'Connor, JJ., concur.